IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2025 MAY -1 A 8: 24

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ROGER JAMES ZORN SR.,       )
                            )
         Plaintiff(s),      )     CIVIL ACTION NO.
                            )
                            )     JURY DEMAND (MARK ONE)
                            )
    v.                      )     ☒ YES      ☐ NO
                            )
DONALD J. TRUMP             )     2:25-cv-00338-ECM-CWB
                            )
         Defendant(s).      )

## COMPLAINT

1. Plaintiff(s)' address and telephone number: 1927 Hwy. 177 Bonifay, Florida 32425   850-768-8532

2. Name and address of defendant(s): Donald J. Trump, United States President 1600 Pennsylvania Avenue NW, Washington, D.C. 20500

3. Place of alleged violation of civil rights: Violates Civil Rights and Violation of Constitution

4. Date of alleged violation of civil rights: April 29, 2023

5. State the facts on which you base your allegation that your constitutional rights have been violated: Wrongful Death, Leaving the Scene of a Fatal Accident, Tampering with Evidence and Elder Abuse, Financial Exploitation and Financial Abuse. (PTSD)

1

6. Relief requested: IN Money Five hundred TRiLLioN dallors For Pain, Suffering, Sorrow and ending the Zorn Family name From existance ... That I had worked for all my life for. you don't understand ...

GOD BLESS

Date: April 23, 2025              Roger James Zorn Sr.
                                  Plaintiff(s) Signature

2





PRESS FIRMLY TO SEAL

# PRIORITY MAIL EXPRESS®

United States Postal Service®

VISIT US AT USPS.COM®
Label 119, Nov 2018

FOR DOMESTIC AND INTERNATIONAL USE

Retail

U.S. POSTAGE PAID
PME
CHIPLEY, FL 32428
APR 28, 2025

36104

$35.50

RDC 07

S2324P506863-06

EI 214 403 053 US

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

39

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (850) 768-8532

Roger Zorn
1927 Hwy 177
Bonifay, Fl
32425

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

US District Court Clerk
1 Church Street B-110
montgomery, Ala,
36104

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
| --- | --- |
| | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☑ 2-Day ☐ Military ☐ DPO

| | | | |
| --- | --- | --- | --- |
| PO ZIP Code: 32428 | Scheduled Delivery Date (MM/DD/YY): 4-30-25 | Postage: $ 31.40 | |
| Date Accepted (MM/DD/YY): 4-28-25 | Scheduled Delivery Time: ☒ 6:00 PM | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 937 ☒ AM ☐ PM | | Return Receipt Fee: $ 4.10 | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 35.50 | |
| Weight ☒ Flat Rate lbs. ozs. | Acceptance Employee Initials: JG | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| --- | --- | --- |
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

This product is for use with Priority Mail Express®. Misuse may be a violation of federal law. This label is not for resale.

PAPER POUCH

how2recycle.info



