These 2 copies are to go with all 19 complaints

RECEIVED
2025 MAY -1 A 8:22
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# ALABAMA UNIFORM TRAFFIC CRASH REPORT

AST-27 REV. 06/08 — Sheet 1

Check if Amendment: ☐  
Check if Error Correction: ☑  
Crash Report Case No.: 3647654  
# Vehicles: 1 | # Pedestrians: 1 | # Injured: 0 | # Fatalities: 1 | # Unit 1 Type: 1 | # Unit 2 Type: 51  
Local Case No.: LSA ; Fatality

## LOCATION AND TIME

- Date: 04 / 29 / 2023
- Time: 03:56 AM
- Day of Week: Sat
- County: Pike
- City: Rural Pike
- Rural: ☑  Local Zone: N/A
- Hwy Class: 2
- On Street, Road, Highway: US-231
- At Intersection of or Between (Node 1): CR-3310
- And (Node 2): CR-5522
- (On) Street/Road/Hiway: S010  ← Code
- 7247  Node Code  7246
- 1891.00 Feet  From Node 1
- Mile Post: 175.6
- Control Access Hwy Loc: 97
- Primary Contrib Circums: 81
- Primary Contributing Unit #: 2
- First Harmful Event: 20
- First Harmful Event Location: 1
- Most Harmful Event: 20
- Distance to Fixed Object: N/A feet
- Roadway Junction/Feature: 1
- Manner of Crash: 2
- Lat Coordinate: 31° 45' 13.638" N
- Long Coordinate: 85° 52' 46.560" W
- Coordinate Type: 1
- Hwy Side: 1
- School Bus Related: 1
- Crash Severity: K
- Distracted Driving: 97

## UNIT NO 1 — LEFT SCENE ☑ / COM VEH ☐ / VEHICLE ☑

Driver Full Name: 99  
Street Address: (blank)  
City and State: (blank)  
ZIP: 99  Telephone: 99  
DOB: 99/99/99  Race: 99  Sex: 99  DL State: 99  
Driver License No.: 99  DL Class: 99  DL Status: 99  Restrict Violations: 97  CDL Status: 99  Endorse Violations: 97  
Place of Employment: 99  
Residence Less Than 25 Miles: 99  
Liability Insurance Co.: 99  Liability Policy No.: 99  Insurance NAIC Number: Unk  
Driver Condition: 99  
Sobriety/Officer Opinion — Alcohol: Unknown, Drugs: Unknown  
Type Alcohol Test Given: 97  Alcohol Test Results: N/A  Type Drug Test Given: 97  Drug Test Results: 97  Maneuver: 1  
Most Harmful Event for MV: 20  Travel Road Name: US-231  Road Code: S010  Travel Direction: 1  Unit Contributing Circumstance: 22  Total Injuries in Unit: 0  
Sequence of Events — Event 1: 20, Event 2: 97, Event 3: 97, Event 4: 97  
First Harmful Event Location: 1  
Areas Damaged Are Shaded: 14 Under Carriage  
Veh Year: 2006  Make: FORD  Veh Model: Crown Victoria  Body: 2  V.I.N.: 2FAHP71W06X104479  
Owner's Name: 99  License Tag Number: U/K  State: 99  Year: 99  
Street or R.F.D.: 99  City: (blank)  State: (blank)  Zip: (blank)  
Type: 1  Usage: 1  Emergency Status: 97  Placard Status: 3  Placard Required: 97  Hazardous Cargo: 97  Hazardous Cargo Released?: 97  
Attachment: 1  Oversized Load: N/A  If Yes, Did Owner Have Permit?: N/A  Contrib Defect: 1  Speed Limit: 65 MPH  Est Speed: Unk MPH  Citation Offense(s) Charged: None  
Damage Severity: 3  Towed?: 2  Vehicle Towed By Whom: Goodyear Towing (ROT)  
Towed To Where: Goodyear Towing (Troy, AL)  
Point of Initial Impact: 12

## UNIT NO 2 — LEFT SCENE ☐ / COM VEH ☐ / NON-MOTORIST ☑ / NON-MOTORIST TYPE 51

Driver Full Name: ROGER JAMES ZORN JR  
Street Address: 1927 Highway 177  
City and State: Bonifay FL  
ZIP: 32425  Telephone: 99  
DOB: ███ /███ / 1992  Race: 1  Sex: 1  DL State: 97  
Driver License No.: 97  DL Class: 97  DL Status: 97  Restrict Violations: 97  CDL Status: 97  Endorse Violations: 97  
Place of Employment: 99  
Residence Less Than 25 Miles: No  
Liability Insurance Co.: 97  Liability Policy No.: 97  Insurance NAIC Number: N/A  
Driver Condition: 99  
Sobriety/Officer Opinion — Alcohol: Unknown, Drugs: Unknown  
Type Alcohol Test Given: 1  Alcohol Test Results: Unk  Type Drug Test Given: 1  Drug Test Results: 99  Maneuver: 22  
Most Harmful Event for MV: 22  Travel Road Name: US-231  Road Code: S010  Travel Direction: 3  Unit Contributing Circumstance: 81  Total Injuries in Unit: 1  
Sequence of Events — Event 1: 22, Event 2: 97, Event 3: 97, Event 4: 97  
First Harmful Event Location: 1  
Areas Damaged Are Shaded: 14 Under Carriage  
Veh Year: N/A  Make: 97  Veh Model: 97  Body: 97  V.I.N.: 97  
Owner's Name: 97  License Tag Number: N/A  State: 97  Year: 97  
Street or R.F.D.: 97  City: (blank)  State: (blank)  Zip: (blank)  
Type: 51  Usage: 97  Emergency Status: 97  Placard Status: 3  Placard Required: 97  Hazardous Cargo: 97  Hazardous Cargo Released?: 97  
Attachment: 1  Oversized Load: N/A  If Yes, Did Owner Have Permit?: N/A  Contrib Defect: 1  Speed Limit: 65 MPH  Est Speed: N/A MPH  Citation Offense(s) Charged: None  
Damage Severity: 97  Towed?: 97  Vehicle Towed By Whom: 97  
Towed To Where: 97  
Point of Initial Impact: 97  
Non-Motorist Action at Time of Crash: 5  Non-Motorist Action at Time of Crash: 4  Action 1: 4  Action 2: 97  K12 Child: 2  Non-Motorist Location at Time of Crash: 6  Unit No. of Motor Veh. Striking Non-Motorist: 1

## Seating Position Codes

| 2, 4, or 6 Passenger | 9 Passenger (add) | 12 Passenger (add) | Bicycle, Motorcycle, ATV | 12 - Pedestrian | 16 - Not in Passenger Compartment |
|---|---|---|---|---|---|
| 1 2 3 | 7 8 9 | 17 18 19 | 10 | 13 - Rider of Domestic Animal | 97 - Not Applicable |
| 4 5 6 | | | 11 | 14 - Occ. of Non-Motorized Vehicle | 98 - Other (Explain) |
| | | | | 15 - Passenger of Bus | 99 - Unknown |

## UNINJURED OCCUPANTS

| Unit No | Seat Pos | Occ. Type | Safety Equip. | Air-bag | Age Code | Sex | Ejection | Birth Date | Unit No | Seat Pos | Occ. Type | Safety Equip. | Air-bag | Age Code | Sex | Ejection | Birth Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 99 | 2 | 99 | 99 | 1 | 99 | | | | | | | | | |

## VICTIMS

N/A ☐

| | Unit No | Seat Pos | Occ. Type | Safety Equip. | Air-bag | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | 12 | 3 | 20 | 97 | 1 | 8 | 1 | 97 | 97 |

Name: ROGER JAMES ZORN JR
Address: 1927 Highway 177 Bonifay FL 32425
Taken To: Pike County Morgue
Taken By: Haynes EMS
Medical Facility: EMS ground
█992

## DIAGRAM

(Diagram: Unit 1 traveling northbound on US-231; pedestrian walking south; Business Drive intersection shown. Not to scale. North arrow indicated.)

## NARRATIVE

Unit 1 was traveling northbound on US-231, when a pedestrian was walking south on US-231, when the driver of unit 1 collided with the pedestrian. The pedestrian had a small hand held flashlight, with dark clothing walking along US-231. After collision the driver of unit 1 continued to travel northbound leaving the scene of the crash with fatal injury. Pending blood results to determine if the pedestrian had any alcohol or controlled substance in his system.

## ROADWAY ENVIRONMENT

| Unit No. | Involved Road/Bridge | Road Surface Type | Roadway Condition | Workzone Related? | Workzone Type | Workers Present? | Workzone Law Enforcement Present? | Contributing Circumstances Environment | Contrib Matl In Roadway |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 97 | NotApplicable | 97 | 1 | 1 |

| Contrib Material Source | Rdway Curve & Grade | Vision Obscured By | Traffic Control | Traffic Control Functioning | Opposing Lane Separation | Trafficway Lanes | Turn Lanes | One-Way Street | Total # Occupants In Unit | Total # Injured in Unit | Total # Killed in Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | 3 | 1 | 1 | 97 | 2 | 4 | 4 | No | 1 | 0 | 0 |

| Total Number of Units | Light | Weather | Locale | Police Present? | DOT Railroad Crossing No. |
|---|---|---|---|---|---|
| 2 | 4 | 1 | 1 | No | N/A |

| Unit No. | Involved Road/Bridge | Road Surface Type | Roadway Condition | Workzone Related? | Workzone Type | Workers Present? | Workzone Law Enforcement Present? | Contributing Circumstances Environment | Contrib Matl In Roadway |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 1 | 1 | 1 | 97 | NotApplicable | 97 | 1 | 1 |

| Contrib Material Source | Rdway Curve & Grade | Vision Obscured By | Traffic Control | Traffic Control Functioning | Opposing Lane Separation | Trafficway Lanes | Turn Lanes | One-Way Street | Total # Occupants In Unit | Total # Injured in Unit | Total # Killed in Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | 2 | 1 | 1 | 97 | 2 | 4 | 2 | No | 1 | 0 | 1 |

| Total Number of Units | Light | Weather | Locale | Police Present? | DOT Railroad Crossing No. |
|---|---|---|---|---|---|
| 2 | 4 | 1 | 1 | No | N/A |

## INVESTIGATION

| Name of Photographer | Caitlyn B Ramirez | | |
|---|---|---|---|
| Time Police Notified 04:15 AM | Time Police Arrived 05:03 AM | Time EMS Arrived 04:20 AM | EMS Response Run # N/A |
| Name of Investigating Officer Caitlyn B Ramirez | | Officer ID 1873 | Agency ORI ALDPS5500 |
| Name of Investigating Officer Remus Padilla | | Officer ID 1842 | Agency ORI ALDPS5500 |

The data on this report reflects the best knowledge, opinion, and belief regarding the crash, but no warrant is made as to the factual accuracy thereof.

## LEGEND

| Location | Category | Code | Description | Location | Category | Code | Description |
|---|---|---|---|---|---|---|---|
| Report Header | Unit Type | 1 | Passenger car | Driver | Drug Test Type | 1 | Blood test |
| Report Header | Unit Type | 51 | Pedestrian | Driver | Drug Test Type | 97 | Not applicable |
| Location And Time | Contributing Circumstance | 81 | Improper crossing | Driver | Gender | 1 | Male |
| Location And Time | Contributing Unit | 20 | Unit2 | Driver | Gender | 99 | Unknown |
| Location And Time | Controlled Access Highway Location | 97 | Not a controlled access highway | Driver | Harmful Event | 20 | Collision with non-motorist: pedestrian |
| Location And Time | Coordinate Status | Known | Known | Driver | Harmful Event | 22 | Collision with vehicle in traffic |
| Location And Time | Coordinate Type | 1 | From computerized map | Driver | Liability Ins. Policy Code | 97 | Not applicable |
| Location And Time | Crash Manner | 2 | Single vehicle crash (all types) | Driver | Liability Ins. Policy Code | 99 | Unknown |
| Location And Time | Crash Severity | K | Fatal Injury | Driver | Liability Insurance NAIC Number Code | N/A | Not Applicable |
| Location And Time | Distance Node Unit | 10 | Feet | Driver | Liability Insurance NAIC Number Code | Unk | Unknown |
| Location And Time | Distracted Driving | 97 | Not applicable (not distracted) | Driver | Maneuver | 1 | Movement essentially straight |
| Location And Time | Harmful Event | 20 | Collision with non-motorist: pedestrian | Driver | Maneuver | 22 | Walking, running, jogging, playing, cycling |
| Location And Time | Highway Classification | 2 | Federal | Driver | Phone Number Code | 99 | Unknown |
| Location And Time | Highway Side | 1 | Northbound | Driver | Place of Employment | 99 | Unknown |
| Location And Time | Roadway Feature | 1 | No special feature | Driver | Race | 1 | White / Caucasian |
| Location And Time | School Bus Related | 1 | No school bus involved | Driver | Race | 99 | Unknown |
| Location And Time | Time Display Format | 10 | Standard | Driver | Residence Within 25 Miles | 99 | Unknown |
| Driver | Alcohol Test Type | 1 | Blood test | Driver | Residence Within 25 Miles | No | No |
| Driver | Alcohol Test Type | 97 | Not applicable | Driver | Travel Direction | 1 | North |
| Driver | Commercial Driver License Status | 97 | Not applicable / unlicensed | Driver | Travel Direction | 3 | South |
| Driver | Commercial Driver License Status | 99 | Unknown | Vehicle | Attachment | 1 | None |
| Driver | Contributing Circumstance | 22 | Improper lane change / use | Vehicle | Body | 2 | Four door |
| Driver | Contributing Circumstance | 81 | Improper crossing | Vehicle | Body | 97 | Not applicable - not passenger car, personal van, or SUV |
| Driver | Driver Address Code | 0 | Not Set | Vehicle | Citation Offense | 99 | None |
| Driver | Driver Address Code | 99 | Unknown | Vehicle | Damage Severity | 3 | Major, not disabled |
| Driver | Driver Condition | 99 | Unknown | Vehicle | Damage Severity | 97 | Not applicable |
| Driver | Driver License Class Code | 97 | Not applicable | Vehicle | Defect | 1 | None |
| Driver | Driver License Class Code | 99 | Unknown | Vehicle | Emergency Status | 97 | Not applicable |
| Driver | Driver License Endorsement | 97 | Not applicable | Vehicle | Estimated Speed Code | N/A | Not applicable |
| Driver | Driver License Number | 97 | Not applicable | Vehicle | Estimated Speed Code | Unk | Unknown |
| Driver | Driver License Number | 99 | Unknown | Vehicle | Hazardous Cargo | 97 | Not applicable |
| Driver | Driver License Restriction | 97 | Not applicable | Vehicle | Hazardous Cargo Release Type | 97 | Not applicable |
| Driver | Driver License State Code | 97 | Not applicable, including no license | Vehicle | K12 Child Going To Or From School | 0 | Not Set |
| Driver | Driver License State Code | 99 | Unknown | Vehicle | K12 Child Going To Or From School | 2 | No |
| Driver | Driver License Status | 97 | Not applicable / unlicensed | Vehicle | Make | 97 | * Not applicable |
| Driver | Driver License Status | 99 | Unknown | Vehicle | Make | FORD | Ford |
| Driver | Driver Name Code | 0 | Not Set | Vehicle | Non-Motorist Action | 0 | Not Set |
| Driver | Driver Name Code | 99 | Unknown | Vehicle | Non-Motorist Action | 4 | In roadway (standing, on knees, lying, etc.) |
| Driver | Drug Test Result | 97 | Not applicable | Vehicle | Non-Motorist Action | 5 | Walking/cycling along roadway against traffic |
| Driver | Drug Test Result | 99 | Unknown | Vehicle | Non-Motorist Action | 97 | Not applicable |

## LEGEND

| Location | Category | Code | Description | Location | Category | Code | Description |
|---|---|---|---|---|---|---|---|
| Vehicle | Non-Motorist Location | 0 | Not Set | Victims | Gender | 1 | Male |
| Vehicle | Non-Motorist Location | 6 | In roadway (not in crosswalk or intersection) | Victims | Injury Type | 1 | (K) Fatal |
| Vehicle | Oversized Load | N/A | NotApplicable | Victims | Medical Facility Transport | 2 | EMS ground |
| Vehicle | Oversized Load Permit | N/A | NotApplicable | Victims | Occupant Type | 3 | Non-motorist |
| Vehicle | Owner Address Code | 97 | Not applicable | Victims | Safety Equipment | 20 | Lighting used by non-motorist |
| Vehicle | Owner Address Code | 99 | Unknown | Victims | Victim Taken By | | Not Set |
| Vehicle | Owner Name Code | 97 | Not applicable | Victims | Victim Taken To | | Not Set |
| Vehicle | Owner Name Code | 99 | Unknown | Roadway Environment | Environmental Contributing Circumstance | 1 | None apparent |
| Vehicle | Placard Requirement | 97 | Not applicable | Roadway Environment | Light Condition | 4 | Dark, roadway not lighted |
| Vehicle | Placard Status | 3 | Not applicable (placard not required) | Roadway Environment | Locale | 1 | Open country |
| Vehicle | Tag Number | N/A | Not applicable | Roadway Environment | Opposing Lane Separation | 2 | Paved surface |
| Vehicle | Tag Number | U/K | Unknown | Roadway Environment | Road Bridge Condition | 1 | None apparent |
| Vehicle | Tag State | 97 | Not applicable | Roadway Environment | Road Surface Type | 1 | Asphalt |
| Vehicle | Tag State | 99 | Unknown | Roadway Environment | Roadway Condtion | 1 | Dry |
| Vehicle | Tag Year | 97 | Not applicable | Roadway Environment | Roadway Curvature And Grade | 2 | Straight, down grade |
| Vehicle | Tag Year | 99 | Unknown | Roadway Environment | Roadway Curvature And Grade | 3 | Straight, up grade |
| Vehicle | Tow Status | 2 | Towed for reason other than disabling damage | Roadway Environment | Roadway Material | 1 | None |
| Vehicle | Tow Status | 97 | Not applicable | Roadway Environment | Roadway Material Source | 97 | Not applicable |
| Vehicle | Towed Code | 0 | Not Set | Roadway Environment | Traffic Control | 1 | No controls present |
| Vehicle | Towed Code | 97 | Not applicable | Roadway Environment | Traffic Control Status | 97 | Not applicable |
| Vehicle | Unit Type | 1 | Passenger car | Roadway Environment | Trafficway Lane Count | 4 | Four lanes |
| Vehicle | Unit Type | 51 | Pedestrian | Roadway Environment | Turn Lane Presence | 2 | Left turn lane(s) only |
| Vehicle | Usage | 1 | Personal vehicle | Roadway Environment | Turn Lane Presence | 4 | Both left and right turn lanes |
| Vehicle | Usage | 97 | Not applicable | Roadway Environment | Vision Obscuration | 1 | Not obscured |
| Vehicle | VIN | 0 | Not set | Roadway Environment | Weather Condition | 1 | Clear |
| Vehicle | VIN | 97 | Not applicable | Roadway Environment | Workzone Law Encorcement Presence | 97 | Not applicable |
| Vehicle | Year | | Not set | Roadway Environment | Workzone Relationship | 1 | Not in / related to workzone |
| Vehicle | Year | N/A | Not applicable | Roadway Environment | Workzone Type | 97 | Not applicable |
| Uninjured Occupants | Age Code | 99 | Unknown | | | | |
| Uninjured Occupants | Airbag | 2 | Not deployed, no switch | | | | |
| Uninjured Occupants | Birth Date Code | 99 | Unknown | | | | |
| Uninjured Occupants | Ejection Status | 1 | Not ejected or trapped | | | | |
| Uninjured Occupants | Gender | 99 | Unknown | | | | |
| Uninjured Occupants | Occupant Type | 1 | Driver | | | | |
| Uninjured Occupants | Safety Equipment | 99 | Unknown | | | | |
| Victims | Age Code | 8 | 26 - 64 | | | | |
| Victims | Airbag | 97 | Not applicable (vehicle cannot contain airbags) | | | | |
| Victims | Birth Date Code | 0 | Not Set | | | | |
| Victims | Ejection Status | 97 | Not applicable | | | | |
| Victims | First Aid Provider | 97 | None - no first aid | | | | |

**STATE OF FLORIDA**

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.   HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF BIRTH

**DECEASED**

STATE FILE NUMBER: **109-1992-021112**

DATE ISSUED: **JANUARY 25, 2024**

DATE FILED: **FEBRUARY 19, 1992**

CHILD'S NAME: **ROGER  JAMES  ZORN  JR**

DATE OF BIRTH: ███████ **1992**

SEX: **MALE**

COUNTY OF BIRTH: **BAY COUNTY**

MOTHER'S NAME: **DEBORAH  JUDY  HARDIN**
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

FATHER'S NAME: **ROGER  JAMES  ZORN  SR**

*[signature]*, STATE REGISTRAR

REQ: **2026111406**

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE

WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

*47385422*

DH FORM 1946 (08/01/2022)

**CERTIFICATION OF VITAL RECORD**  Florida HEALTH

*DECEASED* (watermark)
VOID IF ALTERED OR ERASED